UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 1:20-cr-185-CMH |
| | : The Hon. Claude M. Hilton |
| TARIK JAAFAR, | : |
| | : |
| Defendant. | : |
| | : |
| | : |

**DEFENDANT'S MEMORANDUM REGARDING GOOD TIME CREDIT**

On Friday, November 13, 2020, this Court held a sentencing hearing for Mr. Jaafar and determined that a variance sentence of one year of incarceration was appropriate in this case. Under 18 USC §3624(b), good time credit is only available to "a prisoner who is serving a term of imprisonment of *more than 1 year*" (emphasis added) and accrues at the rate of up to 54 days a year. Consequently, courts often impose a sentence of a year *and a day* in order to give a defendant the opportunity to earn such credit. Otherwise, a sentence of 12 months can end up being longer than a sentence of, for example, 13 months with good time credit earned.

This Court has not yet filed a Judgment Order and may have already intended to include this extra day. In an abundance of caution, undersigned counsel mentions it herein and respectfully requests that the Court consider it.

Respectfully submitted,

TARIK JAAFAR
By Counsel

1

/s/
Jeffrey Zimmerman, Esquire
Virginia State Bar No. 38858
Jeffrey Zimmerman, PLLC
108 N. Alfred Street
Alexandria, VA 22314
Telephone Number: (703) 548-8911
Facsimile Number: (703) 548-8935
Email Address: www.zimpacer.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November 2020, a true and accurate copy of the foregoing was electronically filed and served via the Court's CM/ECF system to all counsel of record and a copy was emailed to Senior United States Probation Officer Kelly M. Smihal.

/s/
JEFFREY D. ZIMMERMAN