IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 1:20CR00185 |
| ) | |
| TARIK JAAFAR, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

## RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 3663A(a)(1), the defendant is ordered to pay restitution in the amount of **$220,573** jointly and severally with co-defendant Monika Magdalena Jaworska (1:20CR00180) and any other defendants to the extent that she is ordered to pay restitution for the losses.

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The victims' names, addresses, and respective total loss amounts are listed in Attachment A to this Restitution Order.

4. Interest:  __X__ is waived.

    _____ accrues as provided in 18 U.S.C § 3612(f).

5. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $_____ per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

8. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314.

9. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

11. Pursuant to 18 U.S.C. § 3664(i), the priority of payments to victims shall be:

   a. Sonabank, Incrediblebank, and Harvest Small Business Finance shall be paid in full first on a pro rata basis.

   b. The U.S. Small Business Administration shall be paid last.

_____
Honorable Claude M. Hilton
Senior United States District Judge

ENTERED this 13th day of Nov, 2020.

at Alexandria, Virginia

WE ASK FOR THIS:

G. Zachary Terwilliger
United States Attorney

_____
Kimberly Shartar, Esquire
William E. Fitzpatrick, Esquire
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: 703-299-3700
kimberly.m.shartar@usdoj.gov
William.fitzpatrick@usdoj.gov

SEEN AND AGREED:

_____
TARIK JAAFAR
Defendant

_____
Jeffrey Zimmerman, Esq.
Counsel for the Defendant

2

## ATTACHMENT A TO RESTITUTION ORDER

| Victim: | Loss Amount: |
|---|---|
| Sonabank<br>ATTN: Michelle R. Douglas, SVP<br>11A Main Street<br>Warreton, VA 20186 | $8,000 |
| IncredibleBank<br>ATTN: Connie Nowak<br>P.O. Box 777<br>Wausau, WI 54402 | $123,824.00 |
| Harvest Small Business Finance<br>24422 Avenida de La Carlota<br>Suite 232<br>Laguna Hills, CA 92653 | $78,749.00 |
| *To be paid only after Sonabank, Incrediblebank, and Harvest Small Business Finance are paid in full first.* | |
| U.S. Small Business Administration<br>Denver Finance Center<br>ATTN: Paul Keenan<br>721 19th Street<br>Denver, CO 80202 | $10,000 |
| **Total due from defendant:** | $220,573.00 |